3:11-cr-00062
3:11-cr-00192
3:20-cv-00138

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LAMONT L. MILLER, :
:
Petitioner : CIVIL ACTION NO. 3:19-2159
:
v. :
: (JUDGE MANNION)
UNITED STATES OF AMERICA, :
:
Respondent :

ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the report of Judge Saporito, **(Doc. 5)**, is **ADOPTED IN ITS ENTIRETY**;

(2) since the court lacks jurisdiction over petitioner Miller's habeas petition under 28 U.S.C. §2241, **(Doc. 1)**, in the interest of justice, it will **TRANSFER** the petition to the United States District Court for the Southern District of West Virginia to be treated as a motion under 28 U.S.C. §2255.

(3) the Clerk of Court is directed to **TRANSFER THIS CASE** to the United States District Court for the Southern District of West Virginia.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: February 18, 2020

19-2159-01-ORDER.wpd